UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

14 AUG 14 AM 11:13

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LUIS OSVALDO TORRES PIMENTAL (2),<br><br>　　　　　　　　Defendant. | CASE NO. 11CR0794 MMA<br><br>DU<br>DEPUTY<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_ U.S. Court of Appeals for the 9th Circuit vacated conviction and remanded.

_X_ The Court has granted the motion of the Government for dismissal. Previously imposed sentence is hereby set aside and vacated.

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

　　21:952 and 960; 18:2 - Importation of Marijuana; Aiding and Abetting

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/11/2014

Michael M. Anello
U.S. District Judge